JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LAMAR MYERS,

        Plaintiff,

    vs.

MARC CES, AS TRUSTEE OF THE CES LIVING TRUST; and DOES 1 to 10,

        Defendants.

Case No.: **2:26-cv-05341-JFW-RAOx**
Assigned to John F. Walter

**[~~PROPOSED~~] ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

Based on the request for dismissal with prejudice and for good cause

shown:

IT IS HEREBY ORDERED that the entire action be dismissed with

Prejudice.

SO ORDERED.

DATED: __June 10, 2026__  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

John F. Walter,
United States District Court Judge

-2-